United States District Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEHRAB RAHIM BHAI, | § | |
| | § | |
| Petitioner, | § | Civil Action No. 4:25-CV-5382 |
| | § | |
| v. | § | |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is the Federal Respondents' Unopposed Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot. Since the filing of this lawsuit, Petitioner has been removed from the country by Department of Homeland Security. As such, the petition is now moot. Thus, the Motion is GRANTED and the case is dismissed WITHOUT PREJUDICE.

It is so ordered.

Signed this _____ day of MAR 2 6 2026 _____ 202\_.

_____
The Honorable Alfred H. Bennett
United States District Judge